408 A.2d 537

Commonwealth v. Dallas Brown, Appellant.

Submitted December 8, 1978.   Charlotte A. Nichols, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.

408 A.2d 538

Commonwealth v. Bryant, Appellant.

Petition for Allowance of Appeal Denied March 25, 1980.

Submitted September 15, 1978.   Joseph V. Furlong, Jr., for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.